UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KENNETH JEFFREYS,
an individual,

      Plaintiff,

vs.

TJL PROPERTIES OF NC, INC.,
a North Carolina Corporation,

      Defendant.

CASE NO.: 5:13-cv-747-D

## ORDER GRANTING PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT

It appearing from the record and affidavit of service that the Summons and Complaint were properly served upon TJL PROPERTIES OF NC, INC.; that time for said Defendant to plead or otherwise defend has expired; and that said Defendant has failed to plead or otherwise defend as directed in the Summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon request of the Plaintiff and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, it is

**ORDERED** that the default for want of answer or other defense by said Defendant TJL Properties of NC, Inc. is entered this 14th day of April, 2014.

_Julie A. Richards_
Clerk